**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RONNIE J. NIXON                                                                          PLAINTIFF

V.                              CASE NO. 3:16-CV-109-DPM-BD

JOHN DOES                                                                              DEFENDANTS

## ORDER

Ronnie J. Nixon, an inmate in the Poinsett County Detention Center ("Detention

Center"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983.  (Docket

entry #2)  Mr. Nixon makes general complaints about the conditions of his confinement at

the Detention Center.  He does not allege that any specific individual has violated his

constitutional rights; nor does he explain whether he has suffered any injury.  Mr. Nixon

will have an opportunity to amend his complaint to explain his claims.

In his amended complaint, Mr. Nixon must specifically identify the individuals at

the Detention Center who violated his rights, describe their unconstitutional conduct, and

explain what injury he suffered as a result of any constitutional violations.  For example,

in his complaint, Mr. Nixon states that Detention Center officials failed to provide

inmates with their medications in a timely manner.  If Mr. Nixon wants to proceed on a

claim that officials were deliberately indifferent to his serious medical needs, he must

identify the Detention Center officials who failed to provide him medication; explain

what medication he was supposed to receive and how often he was to receive it; provide

the number of times Detention Center officials failed to timely provide him medication;

and state what injury he suffered as a result of any delay in receiving his medication.  Mr.

Nixon is cautioned that he may not include the claims of other inmates.

Mr. Nixon has thirty days to file his amended complaint.  His failure to comply

with this Court's order could result in the dismissal of his claims, without prejudice.

Local Rule 5.5.

IT IS SO ORDERED, this 21st day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE