## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RONNIE J. NIXON**                                                                        **PLAINTIFF**

**V.**                              **CASE NO. 3:16-CV-109-DPM-BD**

**JOHN DOES**                                                                      **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.      Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P.

Marshall Jr.  You may file written objections to this Recommendation.  If you file

objections, they must be specific and must include the factual or legal basis for your

objection.  Your objections must be received in the office of the United States District

Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without

independently reviewing the record.  By not objecting, you may also waive any right to

appeal questions of fact.

**II.     Discussion:**

Plaintiff Ronnie J. Nixon, formerly an inmate at the Poinsett County Detention

Center, filed this case without the help of a lawyer under 42 U.S.C. § 1983.  (Docket

entry #2)  On April 21, 2016, the Court instructed Mr. Nixon to file an amended

complaint to further explain his constitutional claims and to identify the Doe Defendants.

(#3, #4)

Mr. Nixon is no longer incarcerated at the Poinsett County Detention Center, as evidenced by mail returned to the Court on April 29, 2016 and May 2, 2016.  (#5, #6) Mr. Nixon has failed to inform the Court of a new address, as required under the Court's local rules.

As a result, on May 5, 2016, the Court advised Mr. Nixon that to continue with this lawsuit, he would have to provide notice of his new address to the Court within thirty (30) days.  (#7)  The Court specifically warned Mr. Nixon that his failure to comply with the order could result in dismissal of this action under Local Rule 5.5(c)(2).

To date, Mr. Nixon has failed to comply with the Court's May 5, 2016 order and the time for doing so has passed.

## III.   **Conclusion**:

The Court recommends that Mr. Nixon's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's May 5, 2016 Order and his failure to prosecute the case.  Local Rule 5.5.

DATED this 15th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE