IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONNIE J. NIXON                                                         PLAINTIFF

v.                              No. 3:16-cv-109-DPM

JOHN DOES                                                              DEFENDANTS

## JUDGMENT

Nixon's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 July 2016